**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Isidro L.,

Petitioner,

v.

David Venturella, *Acting Director, Immigration and Customs Enforcement*, Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*, Todd Blanche, *U.S. Attorney General*, Daren Margolin, *Executive Office for Immigration Review*, and David Easterwood, *Field Office Director of St. Paul Office for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations*,

Respondents.

File No. 26-CV-00537 (JMB/DLM)

**ORDER**

---

This matter is before the Court on the Parties' Joint Stipulation. (Doc. No. 23.) Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT: the award of attorney fees (Doc. No. 20) is VACATED.

Dated: October 23, 2026

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court